UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSEF VOLMAN, :
:
                Plaintiff, :
: 22-CV-5063 (VSB)
       -against- :
: **ORDER**
AOI KITCHEN LLC d/b/a AOI KITCHEN, et :
al., :
:
               Defendants. :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action against Defendants AOI Kitchen LLC d/b/a AOI Kitchen ("AOI") and 320-326 RO Village Realty LLC ("RO Village Realty") on June 16, 2022. (Doc. 1.) Plaintiff filed affidavits of service on September 14, 2022. (Docs. 10, 11.) The deadline for Defendants to respond to Plaintiff's complaint was July 27, 2022. (*See* Docs. 10, 11.) Defendant AOI answered on September 8, 2022, (Doc. 9), but to date, Defendant RO Village Realty has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against Defendant RO Village Realty. Accordingly, if Plaintiff intends to seek a default judgment against Defendant RO Village Realty, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 26, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss Plaintiff's claims against Defendant RO Village Realty for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   September 19, 2022
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge