```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
JOSEF VOLMAN,                                            :
                                                         :
                              Plaintiff,                 :
                                                         :          22-CV-5063 (VSB)
              -against-                                  :
                                                         :              ORDER
AOI KITCHEN LLC,                                         :
                                                         :
                              Defendant.                 :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On November 11, 2022, the parties filed a proposed case management plan. (Doc. 18.) The parties checked the box indicating that they consented "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c)." (*Id.* at ¶ 1.) However, the parties have not submitted the AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85 form, available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, on or before November 21, 2022. If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file a corrected proposed case management plan and scheduling order on or before November 21, 2022.

SO ORDERED.

Dated:  November 14, 2022
        New York, New York

                                                             Vernon S. Broderick
                                                            United States District Judge