```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEF VOLMAN,

                        Plaintiff,          22-CV-5063 (KHP)

   -against-                        **INITIAL CASE MANAGEMENT**
                                         **CONFERENCE RESHEDULING AND**
AOI KITCHEN LLC,                           **CONVERSION ORDER**

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for Tuesday, February 2, 2023, at 12:15 p.m. is hereby rescheduled to **Tuesday, February 2, 2023, at 12:45 p.m**. and converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:       New York, New York
                 February 1, 2023

                                       _____
                                       KATHARINE H. PARKER
                                       United States Magistrate Judge